Sidney N. HOFFMAN, Plaintiff—Appellant,

v.

Brian WEIR, Officer, Gaston County Sheriff Detention Office; R. Cobb, Sergeant, Gaston County Jail; Rhonda Neese, R.N., Gaston County Jail–Medical; L. Marsh, Gaston County Jail–Medical; Mecklenburg County Sheriff's Detention Office, Defendants—Appellees.

No. 05–6313.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 18, 2005.

Decided Aug. 24, 2005.

Sidney N. Hoffman, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sidney N. Hoffman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hoffman v. Weir*, No. CA–04–497

(W.D.N.C. Filed Feb. 2, 2005 & entered Feb. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*